## Purnell v. Wolffe et al., Appellants.

Argued September 14, 1964. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

*Raymond J. Porreca,* for appellants.

*Bert E. Zibelman,* with him *Freedman, Landy and Lorry,* for appellee.

OPINION PER CURIAM, September 30, 1964:
The Order of the Court of Common Pleas No. 1 of Philadelphia County is affirmed on the opinion of Judge EARL CHUDOFF for the court below, reported at 34 Pa. D. & C. 2d 286.